LT:coo

AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

MAGDALENA ALEJO-BLAS,
a/k/a "Mercedes Myreeh Solis"

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 25-mj-633 (JTH)

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about September 13, 2024, in the State and District of Minnesota, the defendant, Magdalena Alejo-Blas, a/k/a "Mercedes Myreeh Solis," knowingly made a false statement and claim that she is, and any time has been, a citizen or national of the United States, with the intent to obtain on behalf of herself any Federal and State benefit and service, to wit: as part of her application for employment and on her Employment Eligibility Verification, Form I-9, all in violation of Title 18, United States Code, Section 1015(e).

On or about September 13, 2024, in the State and District of Minnesota, the defendant, Magdalena Alejo-Blas, a/k/a "Mercedes Myreeh Solis," willfully and knowingly made a false statement in a declaration under penalty of perjury, to wit: she claimed to be a citizen of the United States and that her name was "mercedes m solis" in her Employment Eligibility Verification, Form I-9, all in violation of Title 18, United States Code, Section 1621(2).

I further state that I am a DHS Deportation Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

Blake Willwerscheid, Deportation Officer
Department of Homeland Security, ICE
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (Facetime and email) pursuant
to Fed. R. Crim. P. 41(d)(3).

Date: September 24, 2025

*Judge's Signature*

City and State: Minneapolis, MN

The Honorable Jon T. Huseby
United States Magistrate Judge
*Printed Name and Title*